**1574**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 5 2003

FILED
CLERK'S OFFICE

# BEFORE THE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:                     )    MDL DOCKET NO._____
PAXIL LITIGATION       )
_____)

## PLAINTIFFS' MOTION FOR TRANSFER, COORDINATION AND/OR CONSOLIDATION PURSUANT TO 28 U.S.C. §1407

Preston Leonard and Janelle Cheverie, Plaintiffs in an action pending in the United States District Court for the District of Massachusetts, respectfully move the Panel pursuant to 28 U.S.C. §1407 and Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation to transfer certain civil actions to the United States District Court for the Central District of California or, in the alternative, to the United States District Court for the Southern District of Illinois for coordinated and/or consolidated pretrial proceedings.  A supporting memorandum of law  accompanies this motion, which is based on the following averments:

     1.      On October 9, 2002, Plaintiffs Preston Leonard and Janelle Cheverie filed a Class Action Complaint against Defendant GlaxoSmithKline ("GSK") in the Suffolk County Superior Court, Commonwealth of Massachusetts, styled *Preston Leonard and Janelle Cheverie, on Behalf of Themselves and All Others Similarly Situated v. GlaxoSmithline Corporation.*, Case No. 02-4506 ("Movants" or "*Leonard*" action).  On or about February 6, 2003, GSK filed a

1

**OFFICIAL FILE COPY**

IMAGED SEP 29 '03

Notice of Removal of the *Leonard* action to the United States District Court for the District of Massachusetts, Case No. 03-10245-MLW. This action was assigned to United States District Judge Mark L.Wolf for trial proceedings and Magistrate Judge Robert B. Collings for pretrial proceedings.

2.      The *Leonard* action concerns the antidepressant prescription drug paroxetine known under the trade name as " Paxil." The drug is alleged to cause certain harmful effects (dependency/withdrawal symptoms) following reduction or termination of dosage which are, and at all times relevant herein were, known to GSK, but not fully and timely disclosed to consumers or health care providers.

3.      A number of actions ("Related Actions") making the same or substantially similar allegations concerning the drug Paxil have been made throughout the United States. The Related Actions are virtually identical in their facts and relief sought.   It is known that at least 13 actions have been filed and/or removed to federal District Courts throughout the United States. No one jurisdiction predominates the filings of these actions. To the best of Plaintiffs' counsels' knowledge, the Related Actions are pending in the following judicial districts: the Central District of California, the Southern District of California, the Southern District of Illinois, the Middle District of Louisiana, the District of Maryland, the District of Massachusetts, the Northern District of Mississippi, the Northern District of Ohio, the Middle District of Tennessee, the Northern District of Texas, and the Eastern District of Wisconsin.

4.      On July 31, 2003, during the Initial Scheduling Conference in the *Leonard* action, held in accordance with Fed. R. Civ. P. 16(b), Magistrate Judge Collings requested that the parties strongly consider transferring all the Related Actions to a district court for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. Movants acknowledge the benefits of coordinating and/or consolidating these Related Actions for purposes of pretrial proceedings, and accordingly move the Panel under 28 U.S.C. § 1407.

2

5.     All of the 13 actions are in the early stages of litigation, with the exception of the first filed class action against GSK, styled as *In re Paxil Litigation*, Case No. CV-01-07937-MRP (CWX), in which three related class actions were consolidated in the Central District of California.  *In re Paxil Litigation* is assigned to United States District Court Judge Mariana R. Pfaelzer.  Over the course of the litigation which spans nearly two years, there has been considerable motion and discovery practice conducted in *In re Paxil Litigation*.  Specifically, *In re Paxil* has had the following significant events:  (1) Plaintiffs' Consolidated Amended Complaint; (2) GSK's Answer to the Consolidated Amended Complaint; (3) Plaintiffs' Motion for Preliminary Injunction (initially granted, subsequently vacated on reconsideration); (4) Plaintiffs' Motion for Class Certification of a Nationwide Class (motion denied); (4) Plaintiffs' Motion for Class Certification of a California-only Class (motion denied);  (5) Taking and defending depositions of Plaintiffs, GSK representatives and third party witnesses; (6) Propounding document requests, interrogatories and requests for admissions to GSK; (7) Plaintiffs' Motion to Compel Discovery (granted); and (8) Documents produced, interrogatories answered and review of voluminous documents produced by GSK.

6.     All of the Related Actions involve numerous common questions of fact.  The various Complaints all charge that GSK engaged in wrongful conduct by failing to warn the medical community and users of Paxil's addictive nature, the drug's inducement of dependency, and its infliction of dependency/withdrawal symptoms when the user's Paxil dosage is reduced or terminated.

7.     Transfer of all the Related Actions to the United States District Court for the Central District of California or, in the alternative, to the United States District Court for the Southern District of Illinois for coordinated and/or consolidated pretrial proceedings under 28 U.S.C. § 1407 would eliminate duplicative discovery, avoid conflicting rulings and schedules, save time and effort for the parties, the attorneys, the witnesses and the courts, and otherwise promote the just and efficient prosecution of all actions.

3

8.      The Central District of California is the most appropriate transferee forum as it is where the first filed class action against GSK is pending and is the most advanced case in terms of progress which has been achieved in the litigation.   In the alternative, the Southern District of Illinois is an appropriate forum based on the respective caseloads of the proposed courts, the court's central location and ease of access.

9.      The Plaintiffs who filed in other jurisdictions would not suffer any prejudice from a § 1407 transfer.  Those Plaintiffs could be deposed in their home states, if necessary, and their cases ultimately would be remanded for trial (if they are not dismissed or settled).  Moreover, all Plaintiffs would enjoy numerous efficiencies and cost-savings from coordinating their cases with other similar actions.

WHEREFORE, the Movants pray that the Panel enter an Order transferring the pending actions, as well as any related actions that might later be filed, to the United States District Court for the Central District of California or, in the alternative, to the United States District Court for the Southern District of Illinois for coordinated and/or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

Dated: September 10, 2003                    Respectfully submitted,


WEISS & YOURMAN
Kevin J. Yourman
Zev B. Zysman
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024
Telephone:    (310) 208-2800

By: _____
                    Kevin J. Yourman

4

BAUM, HEDLUND, ARISTEI, GUILFORD &
SCHIAVO
Karen A. Barth
Mary Schiavo
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Telephone:     (310) 207-3233


Donald J. Farber
LAW OFFICES OF
DONALD J. FARBER
7 Mt. Lassen Drive, Suite B-126
San Rafael, CA  94903
Telephone:     (415) 472-7181

*Attorneys for Moving Plaintiffs*
*Preston Leonard and Janelle Cheverie*

**BEFORE THE**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:          )  MDL DOCKET NO._____
PAXIL LITIGATION      )
_____ )

<u>SCHEDULE OF ACTIONS</u>

**<u>CENTRAL DISTRICT OF CALIFORNIA</u>**

*In re Paxil Litigation*

    Master File No.:   CV-01-07937 MRP (CWx)

    Plaintiff:     Marilyn S. Atwood, Mary Halpin, Jonna Nielsen, Lesli Raye
            Hamilton, Dan Kabic, Katherine Keith

    Defendants:    GlaxoSmithKline, Inc.

    Judge:      Mariana R. Pfaelzer

1

## SOUTHERN DISTRICT OF CALIFORNIA

*James Roscoe v. GlaxoSmithKline*

|  |  |
|---|---|
| Case Number: | 02-CV-2138-W (JMA) |
| Plaintiff: | James Roscoe |
| Defendants: | GlaxoSmithKline |
| Judge: | Thomas J. Whelan |

## SOUTHERN DISTRICT OF ILLINOIS (E. ST. LOUIS)[1]

*Carol Martin v. Smithkline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

|  |  |
|---|---|
| Case Number: | 3:03cv00563 |
| Plaintiff: | Carol Martin |
| Defendants: | SmithKline Beechman Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC |
| Judge: | Chief Judge G. Patrick Murphy |

---

[1] Because the actions in Illinois involve multiple plaintiffs, movants with the permission of the JPML Clerk, have listed the named plaintiffs in this schedule and remainder of the plaintiffs are listed on a separate list at the end. *(See Exhibit "A")*

2

## MIDDLE DISTRICT OF LOUISIANA[2]

1. *Ted Bowman and Faun Reese vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline and Does 1 through 100, Inclusive*

   | | |
   |---|---|
   | Case Number: | 02-cv-909 |
   | Plaintiff: | Ted Bowman and Faun Reese |
   | Defendants: | SmithKline Beecham Corporation, d/b/a GlaxoSmithKline and Does 1 through 100, Inclusive |
   | Judge: | Chief Judge Frank J. Polozola |

2. *Victoria James v. SmithKline Beecham Corp., d/b/a GlaxoSmithKline and GlaxoSmithKline, PLC*

   | | |
   |---|---|
   | Case Number: | 03-499 C-M3 |
   | Plaintiff: | Victoria James |
   | Defendants: | SmithKline Beecham Corp., d/b/a GlaxoSmithKline and GlaxoSmithKline, PLC |
   | Judge: | Chief Judge Frank J. Polozola |

---

[2] Because the actions in Louisiana involve multiple plaintiffs, movants with the permission of the JPML Clerk, have listed the named plaintiffs in this schedule and remainder of the plaintiffs are listed on a separate list at the end. *(See Exhibit "B")*

## DISTRICT OF MARYLAND (BALTIMORE DIVISION)

*Frank Mitchell and Brenda Fischer, On Behalf of Themselves and All Others Similarly Situated vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, and Does 1 through 100, Inclusive*

| | |
|---|---|
| Case Number: | 1:02-cv-04156-MJG |
| Plaintiff: | Frank Mitchell and Brenda Fischer |
| Defendants: | SmithKline Beecham Corporation, d/b/a GlaxoSmithKline and Does 1 through 100, Inclusive |
| Judge: | Marvin J. Garbis, Presiding |

## DISTRICT OF MASSACHUSETTS

*Preston Leonard and Janelle Cheverie, On Behalf of Themselves and All Others Similarly Situated vs. GlaxoSmithKline*

| | |
|---|---|
| Case Number: | 03-10245-MLW |
| Plaintiff: | Preston Leonard and Janelle Cheverie |
| Defendants: | GlaxoSmithKline |
| Judge: | Mark L. Wolf, Presiding<br>Robert B. Collings, Referral |

4

## NORTHERN DISTRICT OF MISSISSIPPI (GREENVILLE DIVISION)[3]

1. *Bobbye Luckett-Thunderbird vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*

   | | |
   |---|---|
   | Case Number: | 4:02cv281 |
   | Plaintiff: | Bobbye Luckett-Thunderbird |
   | Defendants: | SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive |
   | Judge: | W. Allen Pepper, Jr. |

2. *Hattie D. Scott vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*

   | | |
   |---|---|
   | Case Number: | 03-CV-233 |
   | Plaintiff: | Hattie D. Scott |
   | Defendants: | SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive |
   | Judge: | W. Allen Pepper, Jr. |

---

[3] Because the actions in Mississippi involve multiple plaintiffs, movants with the permission of the JPML Clerk, have listed the named plaintiffs in this schedule and remainder of the plaintiffs are listed on a separate list at the end. *(See Exhibit "C")*

## NORTHERN DISTRICT OF OHIO (CLEVELAND)

*Joseph James McGarth, Ronald Kelly Patterson, Jr., David King vs. GlaxoSmithKline Inc., a North Carolina Corporation, and Does 1 through 100; John Doe Insurance Co., Insurer for Insure GSK*

|            |                                                                          |
|------------|--------------------------------------------------------------------------|
| Case Number: | 1:02-cv-00765 |
| Plaintiff: | Joseph James McGarth, Ronald Kelly Patterson, Jr., David King |
| Defendants: | GlaxoSmithKline Inc. and Does 1 through 100; John Doe Insurance Co., Insurer for Insure GSK |
| Judge: | John R. Adams |

## MIDDLE DISTRICT OF TENNESSEE[4]

*Calvin Townsend vs. SmithKline Beecham Corporation, d/b/a as Glaxosmithkline and Glaxosmithkline PLC*

|            |                                                                          |
|------------|--------------------------------------------------------------------------|
| Case Number: | 03-CV-0444 |
| Plaintiff: | Calvin Townsend |
| Defendants: | SmithKline Beecham Corpration, d/b/a as Glaxosmithkline and Glaxosmithkline PLC |
| Judge: | Todd J. Campbell |

---

[4] Because the actions in Tennessee involve multiple plaintiffs, movants with the permission of the JPML Clerk, have listed the named plaintiffs in this schedule and remainder of the plaintiffs are listed on a separate list at the end. *(See Exhibit "D")*

## NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)

*Clayton Greenberg and Sandra Jackson, individually and on behalf of all others similarly situated vs. GlaxoSmtihKline Corporation*

|  |  |
|---|---|
| Case Number: | 3:02-CV-2147-R |
| Plaintiff: | Clayton Greenberg and Sandra Jackson |
| Defendants: | GlaxoSmtihKline Corporation |
| Judge: | Jerry Buchmeyer, Presiding |

## EASTERN DISTRICT OF WISCONSIN

*Christen Holcombe and Linda Gollin vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, and Does 1 through 100, inclusive*

|  |  |
|---|---|
| Case Number: | 02-C-1158 |
| Plaintiff: | Christen Holcombe and Linda Gollin |
| Defendants: | SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, and Does 1 through 100, inclusive |
| Judge: | Lynn Adleman, Presiding |

BLUEBIRDonline.com (888) 477-0700

# EXHIBIT A

**BEFORE THE**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:                                  )  MDL DOCKET NO._____
PAXIL LITIGATION                        )
_____       )

SCHEDULE OF PARTIES

*Carol Martin v. Smithkline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*, No. 3:03cv00563 (S.D. Ill.)

III.    PLAINTIFFS:

| | | |
|---|---|---|
| Carol Martin | Felicia Farmer | Tanya Popovich |
| Alyson Allen | Marvin Farmer | Marilyn Ridings |
| Tracey Anticouni | Louise Govan | Melvin Robinson |
| Joyce Bownes | Darla Gray | Tyler Schmeder |
| Tammy Buzick | Deanna Hacker | Rhonda Schmeder |
| Michele Caminiti | Tamika Horton | Sherry Smith |
| Jamie Carson | Marquata Hudson | Sheri Taylor |
| Jennifer Dawson | Derayvia Jones | Tasha Tyler |
| Deborah Dixon | Margie Kilgore | Pamela Van Bevern |
| Sharon Dougan | Sherry Leach | Robert Wagner |
| Christina Draper | Lawrence Logsdon | Wilma Wenzel |

1

Tina Wright
Jason Piper
Myrna Wing
Patricia Summers
Jackie Sondell
Michael Sparbeck
Hector Rivera
Joseph Pena
Jessica Pilgrim
Terri Sula
Karalynn Harvey
Carole O'Brien
Lorna Carpenter
Paula McKnight
Theresa Tolander
Stuar Tolander
Joseph Richiusa
Richard Archambault
Catherine Wicker
Sylvia Shelby
Deidre Farley
Chris Martin
Joy Davenport
Benjamin Martinez
James Neely
Jeffrey Evans
David Beatrici
John LaMantia
Tedi Ridle
Andrew Hayes
Meris Noonan
Mary Paracka
Myrna Gregg
Kelly Nimtz-Rusch
Jackie Cavins
Gary Taylor
Kelly Studer
Peggy Johnston
Stephanie Skawski
Tanveer Khan
Connie Melaga
Juanita Robbins

Dennis Cingrani
Mark LaFollette
John Winship
Janice Spitz
Edward Castillon
Laura Prybell
Colleen Ciezczak
Catherine Rubey
Heather Tornow
Mary Anne Recchia
Sarah Burns
Edward Aylward
Katherine Hogan
Jeffrey Jamison

**EXHIBIT B**

**BEFORE THE**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: | ) | MDL DOCKET NO._____ |
| PAXIL LITIGATION | ) | |
| _____ | ) | |

SCHEDULE OF PARTIES

*Victoria James v. SmithKline Beecham Corp., d/b/a GlaxoSmithKline and GlaxoSmithKline, PLC*,  No. 03-499 C-M3 (M.D. La.)

IV.    PLAINTIFFS:

| | | |
|---|---|---|
| Shirley Armstrong | Harold Harford | Virginia Batiste |
| Kemmy Carlos | Terry Harrold | Lucretia Battiste |
| Erika Dickson | Lisa Hodge | Carol Bell |
| Michael Dowdy | Donna Keeling | Stacey M. Bonnette |
| Cedric Esters | Steven Kling | Sheila Bonnette |
| Stacy Fowler | Charmaine LeCompte | Kenneth A. Brown |
| Tisha Garver | Donna McCall | Melissa Budd |
| Kenneth Gremillion | Donna Smithson | Tina E. Clark |
| Mary Guidry | Jerry Stein | Cynthia Cooper |
| Roy Guillot | Brenda Alleman | Janice Daigle |
| Susan Guy | Adam Andes | |

1

Joann Marie Dalton
Darla Gayle Dameron
Robert L. Davis
Vanessa Edwards
Aundrea Edwards
Gale M. Falgoust
Carolyn A. Favroth
Joe Frederick
Rhonda Anne Fusilier
Courtney Gunnels
Andrew Hebert
Nicholas Humphries
Joy Johnson Jackson
Victoria James
Stephanie Roxanne Jewell
Ronald Kador
Gloria K. Keller
Judy Leach
Deborah H. Leger
Deborah B. LeJeune
Jarvis Matthews
Brian D. McGraw
J.D. McLawchlin, Jr.
Darrel McNell, Sr.
Sherry M. Meche
Brooke Parker
Joyce Lockett Perkins
Jeff M. Poucher
Crystal M. Propes
Beatrice Riley
Ginger, Risinger
John Kevin Salvadras
Samatha Sanchez
Lydia Davis Schaibly
Stacey Schwab
Margaret J. Simms
Falfon K. Smith
Amy Brumfield Edwards Stepp
Ethel J. Stewart
Michelle R. Swanson, III
Denise Devion Talbot
Marilyn Thomas

Laura Anne Trunball
Mike R. Waldrop
Ronald Walker
Mary Louise Washington
Brandy Williams
Martha Williams
John "Danny" Williams, III
Tonya Woolfolk
Lawrence Antoine
Mary Bordelon
Pauline Clifford
Heather Corrigan
Lisa Hodge
Faylnn Jolissiant
Leann Morris
Theresa Nixon
Sharron Scioneoux
Shirley Tassin
Michael Tennie
Aprile Waggenspack
Michael Petsch, on hehalf of
his minor daughter Erica
Petsch
Johanna Chiasson
Elizabeth Blevins
Lenora Wilson
Charles Harper

2

**EXHIBIT C**

**BEFORE THE**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:                                         ) MDL DOCKET NO._____
PAXIL LITIGATION                              )
_____ )

SCHEDULE OF PARTIES

*Bobbye Luckett-Thunderbird vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*, No. 4:02cv281 (N.D. Miss.)

V.     PLAINTIFFS:

| | | |
|---|---|---|
| Edwin James Malpica | Shannon Allen | Jack Ayers |
| Jimmy Wayne Manseill, Jr. | Kelvin Alford | Robyn Bailey |
| Anthony Terrell Pierce | Ginger Ammon | Vicki Lynn King Bailey |
| Amber Runnels | Henry Anderson | Lisa Michelle Bankston |
| Tiffany Lasha Thompson | Janice Anderson | Michelle Bankston |
| Kent Leon Williams | Dorothy Arrington | Kim Chancellor Banorden |
| Lasherri Woulard | Janey Arrington | Katrina Barnes |
| Elizabeth Abram | Shaquenna Arrington | Annette Barron |
| Angie Taylor Adams | Eva Atterberry | Jessie Bass |
| Kathleen F. Aden | Ollie M. Avery | Tammy Lynn Bass |

1

Julie Bates
Gregory Beavers
Linda Beckwith
Dejuona Belk
Carolyn Bell
Cory Bender
Shannon Benjamin
Glenda Berry
Lisa Bethea
Michael Binder
Linda R. Bingham
Paula Bittle
Mae Blaney
David Bonner
William Ray Bonner
Melina Boutwell
Sidney B. Boutwell
Evelyn Boyd
Milissa Dell Boykin
Sherry L. Boykin-Jerauld
William Boykin
Thomas J. Brandon
Barbara Breland
Loretta Breland
Dewayne Brewer
Johnny Brewer
Pauline Brewer
Sylvia Brewer
Betty Bridges
Gertrude Bridges
Linda S. Bridges
Willie Brister
Carila Brown
Geneva Brown
Ivory Brown
Janice Brown
Patricia Brown
Peggie Ann Brown
Shannon Gregory Brown
Margaret Bryant
Carol L. Buckley

Katie B. Buckley
Maxine Buckley
George Buffington
Mary Denise Bunch
Gloria J. Buras-Rhodes
Margaret Burgess
Merline Burnley-Howell
Thomas Burris
Wanda Burt
Teresa Bush
Beth Byrd
Kathy Campbell
Pearlie M. Campbell
Sylvia Cannon
Eve Carr
Marvis L. Carr
Michael A. Carr
Mary Carson
Paul Cartwright
William Catchings
Henry C. Chadwell
Deborah R. Champman
A. W. Chase
W. C. Cheatwood
Juanita Chisolm
Patsy Clark
Rosie Clark
Mary Clifton
Nona Clifton
Doris Cole
James Cook
Pauline Cooper
Regina Cooper
Sharon Cooper
Diane Courtney
Frederick H. Craft
John R. Crawford
Patricia Crisler
DeAnn Crosby
Annette Cubit
Donald P. Cummins

Leonard Lewis Curb
Anita Curtis
Joseph J. Cutaia
Shernie M. Daniels
Erica Danzler
Annie Darby
Chandra Dase
Alfred Davis
Bonnie Mae Davis
David Davis
Michelle Davis
Sandy Joe Davis
Tracy Gillum Davis
Rosie Dell Davis
Ruthie Mae Dean
Yvonne M. Leftwich
Despard
Brenda Dew
Gillis Dilley
Pedro Dillon
Bonnie Dixon
Travis Dock
Earnestine Doss
Louise Doss
Charlotte Duckworth
Brenda Ducksworth
Sandra Y. Ducksworth
Janet Michelle Dukes-Edgar
Lynn Dungan
Kim Dunson
Nora Edwards
Vernon Edwards
Jerry Denise Elkins
Rebecca Emens
April Evans
Ricky Ezelle
Stacey Fairley
Roberta Fairmen
Cynthia Fant
Amy Faulk
Mary Fayard

2

Patricia Fells
Norman Fillingame
Katrina Floyd
Daina Foreman
Debbie Foret
Gwendolyn Foster
Francis Fountain
Deneka D. Frazier
Suzanne Frazier
Mary Victoria Galligan
Elizabeth Gary
Ruby Gatewood
Thomas Gayden
Deborah D. Giles
Martha Marie Giles
Sandra Gilmore
Doris Glenn
Jeff Gowdy III
Carolyn Graham
Joyce Graham
Lori Graham
Gloria Gransberry
Ann Grantham
Jennifer Greer
Angela S. Griffin
Robert C. Gunter
Sabrina Guthrie
Edna Louise Hall
Tawanna Hall
Shalonda D. Hammon
Sherry E. Hardy
Glenda Harper
Bertiel Harris
Sundria Harris
Diane Hartfield
Russell Hartley
Sandra Hatten
Mikita L. Hawkins
Jettie Hayes
Dorothy Haymer
Stacey Haynes

Lesha Hedgepeth
Sherman Hedgepeth
Louise Henry
Betty Hentley
James Vernon Herrington
Martha Herrington
Chesteen Hickerson
Catherine Higginbotham
Bonnie Hinrichsen
Kimberly Hodges
Betty Holder
Rodger Holder
Marilyn Holifield
Judy Hollingsworth
Shirley Horton
Johnny Hosey
Linda C. Hossley
Janice Houze
Edna Howard
Francis Arthur Howard
Ida Howard
Patsy Ruth Howard
Joyce Hudson
Felicia Huffty
Amy Hurst
Leticia Husband
Terry Hutchins
Alice Ruth Jackson
Glenda Jackson
Lucille Jackson
Jessie Mae James
Ursula N. Jefferson
Essie Lee Jenkins
James E. Jenkins
Linda J. Jenkins
Mary Jenkins
Benjamin Johnson
Demetria Johnson
Francis Ann Johnson
Hilda Johnson
Patricia Johnson

Rose Ann Johnson
Velma  Johnson
Lisa Jolly
Albennie Jones
Alyce Jones
Carolyn Jones
Ethel Jones
Faye Jones
Georgia Jones
James Jones
Patricia Jones
Joyce Jordan
Johnnie Joshua
Sarah R. Kahl
Debra Keebler
Homer Kemp
Josie Kepley
Tracy Ketteringham
Darlene Keys
Joe Kight
Carol Kilgore
Dawn Killen
Waudell King
Jackolyn Kinsey
Dawn Kitchens
Michael Kitchens
Jim K. Knight
Mellonee Knighten
Gloria Knox
Shirlin Lacey
Sherri L. Lacy
Rhonda Lampkin
Lindy Lane
Karen Lee
Larry Lee Jr.
Sarah Lee
Angela Legg
Andy Lepard, Jr.
Barbara Levy
Terry Levy
Betty Lewis

3

Ronnie Lewis
Corrie J. Lindsey
Amy Little
Diana Little
Jeffrey D. Loflin
Sarah Lofton
Jennifer Long-Fennel
Nell Loper
Myron Lott
Rayford Lumpkin, Jr.
Bettye C. McBeath
Barbara McCardle
Glenda McClendon
Charlotte McClure
Rebecca A. McCormick
Wanda Kay McCoy
James McCullum, Jr.
George McDonald
Jennifer McDonald
Earnestine McGee
Willie Pearl McGee
Kathy McKay
Marcy L. McKnight
Nicole McLain
Rosie McMillan
Earl McNair
Stephanie McNeil
Ronald McPhail
Charlotte McRaney
Lori Madison
Connie Magee
Georgia Magee
Renata Magee
Alisa Malbrough
Rhonda Marodis
Sarah Marsalis
Tina Martinez
Lita Matheny
Jon Coby May II
Patricia May
Myrtis Merrill

Jeannine Miller
Sherry Miller
Cleo Mitchell, Jr.
Earline Mitchell
Joe K. Mobley
Sheila Moffet
Katherine Montgomery
Mable Moody
Carolyn Moore
Delta Moore
Kim Moore
Viola Moore
Monica Morgan
Rose Marie Morgan
Mary Moss
Sharon Muraca
Linda Murray
Lori Myers
Mishaun Nelson-Dillon
Teresa Nevinger
Eliza Newell
Gracie Newell
Mary Newell
Robert P. Newell
Janis Newton
Frank Nicholson
Minnie P. Nixon
Betty J. Norman
Jonice G. Norris
Elaine Northcross
Mildred H. Nugent
Regina Oatis
Karen Odom
Brenda Ollie
Martha Osbourne
Lisa Oswalt
Richard Overstreet
Alene Owens
Audine Padgett
Gloria Page
Kathy Page

Irene Parker
Albert James Parker, Sr.
John Parker
Luke Parker
Gloria Patterson
Kim Patton
Ollie C. Patton
Dunlap Peeples, III
Carolyn Peggues
Shirley J. Peirce
Kathryn Perkins
Berlin Petty
Reginald Phillips
Shirley J. Phillips
Ronnie Pigg
Shawonda R. Pittman
Angelia Porter
Brenda Jean Porter
Doristine Porter
Pinnie Pound
Allen Powell
John David Powell
Alvie Purnell
Francis Purvis
Catherine Ragland
Helen Raiford
Rose Ramsey
Booker T. Rankin
Dorianne Rankin
Peggy T. Rankin
Angela Rawls
Barbara Rawls
Melanie Rawls
Vodie Rayborn
William H. Read
Shelia Regan
Tara N. Register
Vicki Register
Pam Reid
Janice Rhodes
Susan Rich

| | | |
|---|---|---|
| Vera Richey | Judith A. Springman | Rena Toney |
| Joyce Rivet | Rhonda Stamps | Brian Townsend |
| John R. Robinett | Gloria Stanfield | Ruth A. Trego |
| Mary Jo Robinett | Sharon Starr | Eli Trunell |
| Angela Rogers | Jimmy Dewayne Steadham | Lynn Touchstone |
| Richard Roman | Teresa G. Steadham | Glenn Tucker |
| Beverly Ross | Jean Stevens | Denise Tyson-Knight |
| Edith Ross | Peggy Taylor Stevens | Sherry Upton |
| Cheryl A. Rushton | Johnny W. Steward | Cynthia Virgil |
| Sara Rylee | Barbara Slay Stewart | Linda Virgil |
| Eddie Sanders | Carol Stewart | Nancy Wade |
| Tameka Sartin | Diana Stewart | Johnny Wages |
| Kathleen Saulters | Stephani Stewart | Diane Waites |
| Gonda M. Scarborough | Gretchen M. Stogner | Carrie Walker |
| Peggy Scott | Carolyn Stokes | Jessie L. Walker |
| Donald Seger | Harold Stringer | Susan R. Walker |
| Burnell Shannon | Susan Sutton | Roxann Walley |
| Ida Shaw | Dorothy P. Tanner | Telly Walsworth |
| Meleasia Shaw | Bertha Taylor | Latonia Ward |
| Robert L. Shaw | Jamie Ray-Taylor | Onell Washington |
| Synthia C. Sherman | Johnny Taylor | Yvonne Washington |
| Flora Sibley | Joyce Taylor | Teresa G. Watters |
| Alfred Sims, Jr. | Judy Taylor | Alma Watts |
| Shella Slay | Nathan J. Taylor | Angela Weaver |
| Adele M. Smith | Patsy Taylor | Yolanda Wells |
| Charlett Smith | Sherry Teasley | Lee Whitaker, Jr. |
| Debbie G. Smith | Denise Terrell | Cassandra L. White-Willis |
| Dorothy Smith | Teresa Terrell | Eva White |
| Ella Smith | Pearlie M. Thigpen | Krystal Lynn Whitten |
| George Smith | Anita W. Thomas | Sheila C. Whitten |
| John W. Smith | Doris Thomas | Waymon Wilbanks |
| Kathy E. Smith | Lilly Thomas | Donna Wilkerson |
| Linda F. Smith | Denise Thompson | Beth M. Williams |
| Marjorie Smith | Ramona Thompson-Hall | Beverly Williams |
| Sharron J. Smith | Christi Thornton | Frankie Williams |
| Sheri Smith | Sherry Thornton | Retha Williams |
| Thelma R. Smith | Stephanie Lynn Thurman | Vedra Williams |
| Venetta A. Smith | Patricia Tickner | Cindy Williamson |
| Catina Smylie | Brian Tisdale | Clarence Williamson |
| Merria F. Speight | Mary Todd | Natasha Willingham |
| Jacob H. Spencer | Loretta Tolbert | Betty Willis |

5

Elizabeth Willis
Sender Fay Wilmoth
Freida Wilson
Mae Francis Windom
Mary Woodard
Gwendolyn H. Wright
Joyce B. Wright
Towana A. Wright
Cynthia Wyatt
Jennifer Yagow
Betty Young
Jerri K. Zappa

*Hattie D. Scott vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive,* No. 03-CV-233 (N.D. Miss.)

VI.   PLAINTIFFS:

Hattie D. Scott
Earnest Stowers, Jr.
Jessie Mae Allen
Jason Scott Ashley
Veronica D. Byrd
Erica Carr
Brenda Dotson
Erin Goodell
Lisa C. Hein
Alana D. Kennedy
Joyce Marie Landfair
Diane Russell
Emma Lee Russell
Mary Russell
Johnnie L. Simmons
Anne Singletary
Kathryn Speer
James E. Taylor
Vera Lue Williams
Bunny Winters
Peggy Wright

**EXHIBIT D**

**BEFORE THE**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:                                          )   MDL DOCKET NO._____
PAXIL LITIGATION                     )
_____ )

SCHEDULE OF PARTIES

*Calvin Townsend vs. SmithKline Beecham Corporation, d/b/a as Glaxosmithkline and Glaxosmithkline PLC*, No. 03-CV-0444 (M.D. Tenn.)

VII.    PLAINTIFFS:

| | | |
|---|---|---|
| Calvin Townsend | Felecia Carroll | Darlene Gail Furches |
| Rob Robinson | Iouri Chapochnikov | Patricia Ann Hackett |
| Jonathan Westmoreland | Larry Joe Chilcutt | Stephne Hanscom |
| Tonya Brown | Jason Palmer Chrisman | John Christopher Lewis |
| Alisa Jean Miller | Brian K. Crittenden | Kristen M. McKellips |
| Victor Price | Clayton T. Crowell | Diane M. O'Dell |
| Jack Alexander, Jr. | Mylinda Craft Curle | Lee A. Phenix |
| Kelly F. Anderson | Sherry K. Curle | Dabney Price Klein |
| Malcom W. Bellar | Tawania Lee Driver | Joann Saltsman |
| Edward Greg Benzon | Donna Ford | Vivian Silcox |
| Anthony L. Brown | Steven Todd Freeman | Leanne R. Smith |

1

Venita Axley-Teague
Pamela S. Turner
Melissa A. Wolfe
Carl J. Yurewitch
Chris Hooker

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 5 2003

FILED
CLERK'S OFFICE

BEFORE THE

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:                                    )    MDL DOCKET NO._____
PAXIL LITIGATION                          )
_____  )

PLAINTIFFS' MEMORANDUM IN SUPPORT OF TRANSFER, COORDINATION AND/OR
CONSOLIDATION PURSUANT TO 28 U.S.C. §1407

I.
INTRODUCTION

GlaxoSmithKline ("GSK") has been sued in some thirteen actions – six of which were

filed as putative class actions – in eleven United States District Courts across the country.

Plaintiffs in the action styled *Preston Leonard and Janelle Chevarie v. GlaxoSmithKline*

*Corporation*, Case No. 03-10245-MLW, ("Movants" or "*Leonard*" action) now respectfully

move to transfer all of these actions to the United States District Court for the Central District of

California or, in the alternative, to the United States District Court for the Southern District of

Illinois for coordinated and/or consolidated pretrial proceedings under 28 U.S.C. §1407 and Rule

7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.[1]

The numerous lawsuits assert the same or substantially similar claims against GSK under

_____

[1] On July 31, 2003, during the Initial Scheduling Conference in the *Leonard* action, Magistrate
Judge Robert B. Collings urged the parties to consider transferring all the Related Actions to a district court
for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407.

1

state laws and common law.  Transfer, coordination and/or consolidation of those actions – and any future actions – are essential to enable the judicial system to handle the cases efficiently, to manage potentially duplicative discovery, to prevent inconsistent pretrial rulings, and to conserve the resources of the parties, their counsel and the judiciary.  The Central District of California is the most appropriate transferee forum because the first action was filed there, and is the most advanced case in terms of progress which has been achieved in the litigation.  In the alternative, Movants believe that the Southern District of Illinois is an appropriate forum for this litigation. The Southern District of Illinois is not currently overtaxed with other multidistrict dockets and possesses the necessary resources to be able to devote the substantial time and effort to pretrial matters that this complex docket is likely to require.  Moreover, East St. Louis, the main courthouse location for the Southern District of Illinois, is centrally located for the parties and witnesses and is well served as a transportation hub, offering direct flight service extensively throughout the United States.

II.

FACTUAL BACKGROUND

The Plaintiffs in the *Leonard* action and in the actions listed on the accompanying Schedule of Actions ("Related Actions") are brought against the same Defendant GSK.  As is more fully alleged in the *Leonard* action and throughout the Related Actions, the actions are brought on behalf of former and/or present individuals who were prescribed and took the antidepressant prescription drug Paxil (generically known as paroxetine) which was introduced into the U.S. market on December 29, 1992, and who suffered and/or continue to suffer from dependency/withdrawal symptoms following reduction and/or termination of their Paxil use. GSK manufactured, promoted, marketed, advertised, distributed and sold the drug Paxil.  Each of these actions allege the same or substantially the same course of conduct against the same Defendant and allege the same or substantially identical violations of laws – fraud/deceit, negligence, strict liability, breach of implied and express warranty, and violations of unfair trade practices and related consumer protection statutes.  Further, in each action, Plaintiffs and

2

members of the classes seek damages, including compensatory and punitive damages, disgorgement, restitution, refunds as well as injunctive and other equitable relief.

As of the date of this motion, at least 13 lawsuits have been filed in 11 different United States District Courts against GSK. Those suits fall into three categories, all of which are interrelated: 6 putative class actions, filed in 6 different districts; 6 mass joinder actions, filed in 4 different districts; and 1 individual action. All the actions are brought on behalf of individuals who ingested the prescription drug Paxil and who, after December 29, 1992, suffered or continued to suffer from withdrawal symptoms following reduction or termination of their use of dosage.

Transfer, coordination and/or consolidation of these actions, and any other subsequently filed related actions, will serve the interests of justice by providing a single forum in which the legal merits of GSK's conduct can be adjudicated. Given the relative plethora of medical drug and device cases which this Panel has coordinated in recent years, there appears little doubt about the propriety of coordinating and/or consolidating the litigation in this case.[2] Movants request that the Related Actions, and all "tag along" actions that may be brought to the Panel, be transferred to a single district. The Movants propose transfer to the Central District of California or the Southern District of Illinois.

### III.
### ARGUMENT

This Panel should exercise its authority under 28 U.S.C. § 1407 to transfer all the Related Actions pending against GSK to the Central District of California, or in the alternative, to the Southern District of Illinois for coordinated and/or consolidated pretrial proceedings. These

---

[2] See, e.g., In re Silicone Gel Breast Implants Product Liability Litigation, MDL Docket No. 926, In re Temporomandibular Joint Implants Products Liability Litigation, MDL Docket No. 1001, In re Copley Pharmaceutical Albuterol Products Liability Litigation, MDL Docket No. 1013, In re Orthopedic Bone Screw Products Liability Litigation, MDL Docket No. 1014, In re Telectronics Pacing Systems, Inc. Accufix Atrial "J" Leads Products Liability Litigation, MDL Docket No. 1057, In re Diet Drug Products Liability Litigation, MDL Docket No. 1203, In re St. Jude Medical Products, Inc. Product Liability Litigation, MDL Docket No. 1396, In re Inter Op Hip Prosthesis Products Liability Litigation, MDL Docket No. 1401, In re Phenylpropanalomine Products Liability Litigation, MDL Docket No. 1407.

cases indisputably share "one or more common questions of fact," as § 1407 requires.  Indeed, the factual allegations in all the suits – concerning purported "misrepresentations" or "omissions" about Paxil's propensity to cause dependence/withdrawal symptoms when users attempt to reduce or terminate their dosage – are virtually identical.

Transfer for pretrial purposes clearly would serve "the convenience of parties and witnesses" and would "promote the just and efficient conduct of the actions," as § 1407 also requires. Because all of the various Plaintiffs are members of the putative class actions or mass joinders (with the exception of the one individual action pending in the Southern District of California) and assert similar factual issues and legal claims, coordination and/or consolidation would streamline the pretrial process, facilitate coordinated discovery, prevent inconsistent rulings on substantive or procedural pretrial motions, avoid duplication, and save considerable time, effort and expense for the parties and the judiciary.

The Central District of California is the most appropriate forum for transfer, coordination and/or consolidation because the first filed class action was filed there, and it is the most advanced case in terms of discovery and motion practice.  In the alternative, Movants believe that the Southern District of Illinois is an appropriate forum for this litigation.

A.

THE CASES INVOLVE COMMON QUESTION OF FACT
AND SHOULD BE TRANSFERRED UNDER § 1407.

The litmus test of transferability and coordination under §1407 is the presence of common questions of fact. *In re Fed. Election Campaign Act Litigation*, 511 F. Supp. 821, 823 (J.P.M.L. 1979).  Common questions are presumed "where two or more complaints assert comparable allegations against identical defendants based on similar transactions and events." *In re Air West Inc. Securities Litigation*, 506 F. Supp. 651, 654-655 (J.P.M.L. 1981); *see also In re Cuisinart Food Processor Antitrust Litigation*, 506 F. Supp. 651, 654-655 (J.P.M.L. 1981).

All of the actions against GSK involve the same basic allegations that GSK *(i)* actively deceived and continues to deceive the Plaintiffs and general public by representations in

4

promotional materials, written labeling, oral communications and advertising stating, for example, that Paxil's withdrawal symptoms are rare and mild, that Paxil is not habit forming, that it is not addictive, that it does not cause dependency, and that it does not cause withdrawal symptoms if dosage is tapered; *(ii)* knowingly claimed and continues to claim that Paxil's withdrawal problems are relapse; *(iii)* knowingly misrepresented and continues to misrepresent that its clinical trials and investigations adequately tested for withdrawal symptoms; *(iv)* has failed to inform the medical community that a significant number of individuals taking Paxil during both domestic and foreign clinical trials experienced dependency/withdrawal symptoms; and *(v)* has over-promoted Paxil in order to increase its sale at the expense of revealing the truth and adequately warning that Paxil can cause withdrawal/dependence.

All of the Complaints thus raise many overlapping (if not identical) questions of law and fact, including *(i)* whether GSK made any misrepresentations or omissions to Plaintiffs about the nature of Paxil in its labeling and promotion of the drug; *(ii)* whether GSK properly and adequately warned Plaintiffs that Paxil can cause dependency/withdrawal symptoms; *(iii)* whether Paxil causes dependency/withdrawal symptoms and whether those symptoms can be frequent and severe; *(iv)* whether Plaintiffs took Paxil and experienced dependency/withdrawal symptoms; *(v)* whether Paxil can cause dependency/withdrawal symptoms, even if, the dosage is tapered; *(vi)* whether GSK has and continues to falsely and fraudulently misrepresent in its advertisements, promotional materials and other materials, among other things, the safety and side effects of Paxil; and *(vii)* what and when GSK knew about these problems, and what it did or failed to do in response.

These common factual and legal issues will dominate pretrial activity in the pending actions. The Panel should prevent potentially inconsistent pretrial rulings, such as rulings on preliminary injunctive relief or summary judgement.  "The likelihood of motions for ... dismissal or summary judgement in [multiple] actions ... makes Section 1407 treatment ... necessary to prevent conflicting rulings and conserve judicial efforts." *In re TransOcean Tender Offer Securities Litigation*, 415 F. Supp. 382, 384 (J.P.M.L. 1976); *see also In re IKON  Office*

*Solutions, Inc. Securities Litigation,* No. 1318, 1999 U.S. Dist. 1977, at *2 (J.P.M.L. Dec. 2, 1999) (ordering transfer to "prevent inconsistent pretrial rulings").

Coordination and/or consolidation also is essential to prevent duplicative discovery, particularly of GSK's employees and officers and the experts for both sides, including expert discovery. The practical impact of the actions' similarities is that discovery will substantially overlap with that undertaken in other actions. For example, the *Leonard* action asserts much of the same factual allegations against GSK as asserted by the Plaintiffs in *In re Paxil Litigation*. It is thus inevitable that the Plaintiffs in the *Leonard* action will demand many of the same documents and depositions that Plaintiffs in *In re Paxil Litigation* have been and will continue to seek. To place the *Leonard* action on a separate track thus would do nothing but guarantee that documents will have to be produced twice and witnesses will have to be deposed twice. In short, pretrial coordination and/or consolidation is needed to prevent expensive and time-consuming duplication of discovery, which would unnecessarily burden the parties and the courts. *See e.g., In re Reliance Acceptance Group, Inc. Securities Litigation*, No. 1304, 1999 U.S. Dist. LEXIS 19205, at *2-*3 (J.P.M.L. Dec. 9, 1999).

The Movants do not necessarily contend — and the Panel need not decide — that the putative class actions, the mass joinder actions, and the individual action all should be *consolidated* into a single proceeding, with one Consolidated Complaint. The only issue here is whether all of those cases should be *coordinated* in a single court. Questions about consolidation as opposed to coordination are best left to the transferee court, which can decide those issues once the Panel has transferred the cases under § 1407.

B.
THE CENTRAL DISTRICT OF CALIFORNIA
IS THE MOST APPROPRIATE TRANSFEREE DISTRICT, OR IN THE
ALTERNATIVE, THE SOUTHERN DISTRICT OF ILLINOIS

The Central District of California is the most appropriate forum for the pretrial coordination and/or consolidation of all of the Related Actions. The first filed action – *In re*

6

*Paxil Litigation* – has been pending in that District for over two years, so coordination and/or consolidation in that forum would cause the least disruption. Moreover, other relevant considerations also favor a transfer to that District.

Of all the actions pending against GSK – *In re Paxil Litigation* which is assigned to United States District Court Judge Mariana R. Pfaelzer – is the most advanced case in terms of completed discovery and motion practice. Over the course of the litigation, Plaintiffs have actively prosecuted the litigation. Specifically, *In re Paxil* has had the following significant events: (1) Plaintiffs' Consolidated Amended Complaint; (2) GSK's Answer to the Consolidated Amended Complaint; (3) Plaintiffs' Motion for Preliminary Injunction (initially granted, subsequently vacated on reconsideration); (4) Plaintiffs' Motion for Class Certification of a Nationwide Class (motion denied); (4) Plaintiffs' Motion for Class Certification of a California-only Class (motion denied); (5) Taking numerous depositions of GSK representatives and third party witnesses and defending depsitions of plaintiffs; (6) Propounding documents requests, interrogatories and requests for admissions to GSK; (7) Plaintiffs' Motion to Compel Discovery (granted); and (8) Documents produced, Interrogatories answered and review of voluminous documents produced by GSK.

Movants believe that Judge Pfaelzer of the Central District is in the best position to manage the pretrial proceedings effectively and efficiently. Judge Pfaelzer is intimately familiar with the facts of the case. The parties have been before Judge Pfaelzer nearly a half dozen times and have argued four significant motions. While there are a number of able jurists, Movants believe that Judge Pfaelzer has the necessary experience and ability to steer this complex litigation on a steady and expeditious course.

Moreover, a § 1407 transfer to California would not unfairly prejudice Plaintiffs who filed their cases in other Districts. Those cases would be transferred solely for *pretrial* proceedings; the Plaintiffs presumably would return to their home courts for trial. Nor would Plaintiffs need to travel to California for depositions, which could be taken in their home states. *See e.g., In re IKON Office Solutions, Inc. Securities Litigation*, 1999 U.S. Dist. LEXIS 19077, at

*3 ("Since Section 1407 transfer is for pretrial proceedings only, there is usually no need for the parties and witnesses to travel to the transferee district for depositions or otherwise").

A transfer to the Central District (located in the City of Los Angeles) also would not inconvenience the attorneys. "The judicious use of liaison counsel, lead counsel and committees of counsel will eliminate the need for most counsel ever to travel to the transferee district." *In re Alliance Equip. Lease Program Securities Litigation*, 1999 U.S. Dist. LEXIS 17148, at *4. In fact, many of Plaintiffs' attorneys are located in California. GSK is represented by the law firm of King & Spalding in each of the Related Actions. The attorneys at King & Spalding have entered *pro hac vice* appearances in the Central District of California. Moreover, additional attorneys for GSK would not be required, because – under J.P.M.L. Rule 1.4 – out-of-state counsel need not obtain local counsel in California to handle transferred cases. Indeed, GSK's counsel have already appeared before the Court in Los Angeles on several occasions.

In the alternative, Movants propose that the Southern District of Illinois is an appropriate transferee court for the following reasons: (1) the docket of the Sourthern District of Illinois will permit efficient and effective action on these proceedings; (2) the Southern District of Illinois is not the home of GSK's headquarters; and (3) the Southern District of Illinois, through the City of St. Louis has transportation access to the entire United States, is centrally located, and is an excellent locale for the geographical centralization of these proceedings.

This Panel ordered the proceedings in *In re Phenylpropanalomine Products Liability Litigation*, MDL Docket No. 1407, coordinated and consolidated in the Western District of Washington. In doing so, this Panel noted as follows:

> Given the range of locations of parties and witnesses in this docket, the geographic dispersal of current and anticipated constituent actions, and the wide array already of suggested transferee districts, it is clear that any of a large number of districts would qualify as an appropriate transferee forum for this litigation nationwide in scope. In concluding that the Western District of Washington is the most appropriate forum for this docket, we note that centralization in this district permits the Panel to effect the Section 1407 assignment to a major metropolitan court that: i) is not currently overtaxed with other multidistrict dockets, and ii) possesses the necessary resources to be able to devote the substantial time and effort to pretrial matters that this complex docket is likely to require.

Order, August 28, 2001, MDL Docket 1407.

8

The caseload of the Southern District is not overtaxed by other MDL dockets.  As of 2002, there were no pending MDL cases in the Southern District of Illinois[3].  Additionally, the Southern District of Illinois possesses the necessary resources to manage this litigation effectively and efficiently.  Statistics from the Judicial Caseload Profile Report,[4] comparing the proposed District Courts to all U.S. District Courts for this MDL proceeding supports this conclusion:

| 2002 #'s | # of MDL's Pending | Pending Cases per Judge | Months From Filing to Trial-Civil | % of Civil Cases over 3 yrs. old | Ratio of Filings to Termination[6] |
|---|---|---|---|---|---|
| All District Courts | 218 (Avg. Of 2.3 per district)[5] | 471 | 21.8 | 12.8% | .939 |
| CA-Central (9th Cir) | 7 | 538 | 20.0 | 5.2% | 1.096 |
| IL-Southern (7th Cir) | 0 | 333 | 18.0 | 5.2% | 1.004 |

Moreover, transferring the Related Actions to the Southern District of Illinois is desirable as it is centrally located and is well served as a transportation hub.  On time arrivals at the Lambert-St. Louis International Airport occur at the rate of 89.5% - the 4th highest of any major metropolitan airport on average in calendar year 2002.[7]  Lambert-St. Louis International Airport is the 11th busiest in North America for aircraft operations and the 15th in total International. [8]

---

[3] Source: See Judicial Panel on Multidistrict Litigation, http://jpml.uscourt.gov/

[4] These statistics are for the 12 month period ending September 30, 2002; See http://uscourts.gov/cgi-bin/cmsd2002.pl

[5] There are 89 districts in the 50 states.  District Courts also exist in Puerto Rico, the Virgin Islands, the District of Columbia, Guam and the Northern Mariana Islands.  In total there are 94 U.S. district Courts.

[6] The Central District of California and the Southern District of Illinois actually terminated more cased than filed last year in excess of the national average.

[7] Source: http://www.independenttraveler.com and *Air Travel Consumer Report* issued in January 2003 by the Office of Aviation Enforcement and Proceedings, U.S. Department of Transportation.

[8] Source: http://www.lambert-stlouis.com/

The main courthouse for the Southern District of Illinois is located in East St. Louis, which is approximately 16 miles from Lambert-St. Louis International Airport.  Additionally, transferring the Related Actions to the Central District of California is advantageous as Los Angeles International Airport is also well suited as a transportation hub and is approximately 19 miles away from the Court.

**CONCLUSION**

For all of the above reasons, the Panel should transfer the pending actions, as well as any related actions that might later be filed, to the United States District Court for the Central District of California, or in the alternative, to the Southern District of Illinois for coordinated and/or consolidated pretrial proceedings under 28 U.S.C. § 1407.


Dated: September /0 2003                    Respectfully submitted,

                                            WEISS & YOURMAN
                                            Kevin J. Yourman
                                            Zev B. Zysman
                                            10940 Wilshire Boulevard, 24th Floor
                                            Los Angeles, CA 90024
                                            Telephone:    (310) 208-2800

                        By:                 _____
                                            Kevin J. Yourman


                                            BAUM, HEDLUND, ARISTEI, GUILFORD &
                                            SCHIAVO
                                            Karen A. Barth
                                            Mary Schiavo
                                            12100 Wilshire Boulevard, Suite 950
                                            Los Angeles, CA 90025
                                            Telephone:    (310) 207-3233


                                            Donald J. Farber
                                            LAW OFFICES OF
                                            DONALD J. FARBER
                                            7 Mt. Lassen Drive, Suite B-126
                                            San Rafael, CA  94903
                                            Telephone:    (415) 472-7181

                                            *Attorneys for Moving Plaintiffs*
                                            *Preston Leonard and Janelle Cheverie*

10

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 25 2003

FILED
CLERK'S OFFICE

**BEFORE THE**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:                      )    MDL DOCKET NO._____

PAXIL LITIGATION        )

_____ )

PROOF OF SERVICE

    I, La Donna Mc Duffie, a legal assistant, hereby certify that on September 10, 2003, I

caused true and correct copies of *(i)* Plaintiffs' Motion For Transfer, Coordination and/or

Consolidation Pursuant to 28 U.S.C. §1407; *(ii)* Plaintiffs' Memorandum in Support of Transfer,

Coordination and/or Consolidation Pursuant to 28 U.S.C. §1407; *(iii)* this Proof of Service to be

served by first-class mail, postage prepaid, upon persons or entities listed in the attached Service

List and personally delivered for filing to the clerk of each district court in which an action is

pending that will be effected by the Plaintiffs' Motion For Transfer, Coordination and/or

Consolidation Pursuant to 28 U.S.C. §1407.

La Donna Mc Duffie

RECEIVED
CLERK'S OFFICE

2003 SEP 15 P 1:37

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

1

## IN RE: PAXIL LITIGATION
## SERVICE LIST

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary
Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

### CALIFORNIA

Kevin J. Yourman
Zev B. Zysman
WEISS & YOURMAN
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Ph: (310) 202-2800
Fax: (310 209-2348
**Plaintiffs Counsel** in *In re Paxil Litigation*,
No. CV-01-07937 MRP (Cwx) (C.D. Cal)

Karen A. Barth
Mary F. Schiavo
BAUM HEDLUND ARISTEI
 GUILDFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Ph: (310) 207-3233
Fax: (310) 820-7444
**Plaintiffs Counsel** in *In re Paxil Litigation*,
No. CV-01-07937 MRP (Cwx) (C.D. Cal)

Donald J. Farber
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182
**Plaintiffs Counsel** in *In re Paxil Litigation*,
No. CV-01-07937 MRP (Cwx) (C.D. Cal)

Reza Keramati
WESTERN LEGAL GROUP
550 West C Street, Suite 1600
San Diego, CA 92101
Ph: (619) 231-2529
**Plaintiffs Counsel** in *James Roscoe v.*
*GlaxoSmithKline*, No. 02-CV-2138-W
(JMA) (S.D. Cal.)

### ILLINOIS

Elizabeth V. Heller
Mark C. Goldenberg
GOLDENBERG, MILLER, HELLER &
 ANTOGNOLI, P.C.
P.O. Box 959
2227 S. State Route 157
Edwardsville, Illinois 62025
Ph: (618) 656-5150
Fax: (618) 656-6230
**Plaintiffs Counsel** in *Carol Martin v.*
*Smithkline Beecham Corporation d/b/a*
*GlaxoSmithKline and GlaxoSmithKline*
*PLC*, No. 3:03cv00563 (S.D. Ill.)

Karen A. Barth
Mary F. Schiavo
BAUM HEDLUND ARISTEI
 GUILDFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Ph: (310) 207-3233
Fax: (310) 820-7444
**Plaintiffs Counsel** in *Carol Martin v.*
*Smithkline Beecham Corporation d/b/a*
*GlaxoSmithKline and GlaxoSmithKline*
*PLC*, No. 3:03cv00563 (S.D. Ill.)

Donald J. Farber
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182
**Plaintiffs Counsel** in *Carol Martin v.*
*Smithkline Beecham Corporation d/b/a*
*GlaxoSmithKline and GlaxoSmithKline*
*PLC*, No. 3:03cv00563 (S.D. Ill.)

Christopher L. Coffin
Patrick W. Pendley
PENDLEY LAW FIRM
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Ph:  (225) 687-6396
Fax: (225) 687-6398
**Plaintiffs Counsel** in *Carol Martin v.*
*Smithkline Beecham Corporation d/b/a*
*GlaxoSmithKline and GlaxoSmithKline*
*PLC*, No. 3:03cv00563 (S.D. Ill.)

Mark S. Johnson
JOHNSON & STARK, LLC
Cape Girardeau County
407 North Kingshighway, Suite 400
Cape Girardeau, MO 63701
Ph: (573) 335-3300
Fax: (573) 335-1978
**Plaintiffs Counsel** in *Carol Martin v.*
*Smithkline Beecham Corporation d/b/a*
*GlaxoSmithKline and GlaxoSmithKline*
*PLC*, No. 3:03cv00563 (S.D. Ill.)

## LOUISIANA

Christopher L. Coffin
Patrick W. Pendley
PENDLEY LAW FIRM
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Ph:  (225) 687-6396
Fax: (225) 687-6398
**Plaintiffs Counsel** in *Carol Martin v.*
*Smithkline Beecham Corporation d/b/a*
*GlaxoSmithKline and GlaxoSmithKline*
*PLC*, No. 3:03cv00563 (S.D. Ill.)

3

**MARYLAND**

Robert James Tully
TULLY WEBSTER AND FRANCOMANO
145 E Cross Street, Suite 2
Baltimore, MD 21230
Ph: (410) 727-3620
Fax: (410) 727-3318
**Plaintiffs Counsel** in *Frank Mitchell and Brenda Fischer, On Behalf of Themselves and All Others Similarly Situated vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, and Does 1 through 100, Inclusive*, No. 1:02-cv-04156-MJG (D. Md.)

Christopher L. Coffin
Patrick W. Pendley
PENDLEY LAW FIRM
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Ph:  (225) 687-6396
Fax: (225) 687-6398
**Plaintiffs Counsel** in *Frank Mitchell and Brenda Fischer, On Behalf of Themselves and All Others Similarly Situated vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, and Does 1 through 100, Inclusive*, No. 1:02-cv-04156-MJG (D. Md.)

**MASSACHUSETTS**

Todd S. Heyman
SHAPIRO, HABER & URMY, LLP
75 State Street
Boston, MA 02109
Ph: (617) 439-3939
Fax: (617) 439-0134
**Plaintiffs Counsel** in *Preston Leonard and Janelle Cheverie vs. GlaxoSmithKline*, No. 03-10245-MLW (D. Mass.)

Kevin J. Yourman
Zev B. Zysman
WEISS & YOURMAN
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Ph: (310) 202-2800
Fax: (310 209-2348
**Plaintiffs Counsel** in *Preston Leonard and Janelle Cheverie vs. GlaxoSmithKline*, No. 03-10245-MLW (D. Mass.)

Karen A. Barth
Mary F. Schiavo
BAUM HEDLUND ARISTEI
 GUILDFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Ph: (310) 207-3233
Fax: (310) 820-7444
**Plaintiffs Counsel** in *Preston Leonard and Janelle Cheverie vs. GlaxoSmithKline*, No. 03-10245-MLW (D. Mass.)

Donald J. Farber
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182
**Plaintiffs Counsel** in *Preston Leonard and Janelle Cheverie vs. GlaxoSmithKline*, No. 03-10245-MLW (D. Mass.)

## MISSISSIPPI

Haynes A. Brinkley
MCMAHAN, MCMAHAN & BRINKLEY
P. O. Box 31
Hattiesburg, MS 39403-0031
Ph: (601) 544-8680
**Plaintiffs Counsel** in *Bobbye Luckett-Thunderbird vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*, No. 4:02cv281-P-B (N.D. Miss.)

**Plaintiffs Counsel** in *Hattie D. Scott vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*, No. 03-CV-233 (N.D. Miss.)

Ronald D. Farris
RONALD D. FARRIS, ATTORNEY
P. O. Box 1941
Hattiesburg, MS 39403-1941
Ph: (601) 582-1311
**Plaintiffs Counsel** in *Hattie D. Scott vs. SmithKline Beecham Corporation, d/b/a*

*GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*, No. 03-CV-233 (N.D. Miss.)

Christopher L. Coffin
Patrick W. Pendley
PENDLEY LAW FIRM
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Ph:  (225) 687-6396
Fax: (225) 687-6398
**Plaintiffs Counsel** in *Bobbye Luckett-Thunderbird vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*, No. 4:02cv281-P-B (N.D. Miss.)

## OHIO

Joseph James McGrath
11041 Fairlawn Drive
Parma, OH 44130
(440) 743-7141
**PRO SE** in *Joseph James McGarth, Ronald Kelly Patterson, Jr., David King vs. GlaxoSmithKline Inc., a North Carolina Corporation, and Does 1 through 100; John Doe Insurance Co., Insurer for Insure GSK*, No. 1:02-cv-00765 (S.D. Ohio)

5

**TENNESSEE**

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 E Market Street
Somerville, TN 38068
Ph: (901) 465-3117
**Plaintiffs Counsel** in *Calvin Townsend vs.*
*SmithKline Beecham Corporation, d/b/a as*
*Glaxosmithkline and Glaxosmithkline PLC*,
No. 3:03-0444 (M.D. Tenn.)

Kevin J. Yourman
Zev B. Zysman
WEISS & YOURMAN
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Ph: (310) 202-2800
Fax: (310 209-2348
**Plaintiffs Counsel** in *Calvin Townsend vs.*
*SmithKline Beecham Corporation, d/b/a as*
*Glaxosmithkline and Glaxosmithkline PLC*,
No. 3:03-0444 (M.D. Tenn.)

Karen A. Barth
Mary F. Schiavo
BAUM HEDLUND ARISTEI
 GUILDFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Ph: (310) 207-3233
Fax: (310) 820-7444
**Plaintiffs Counsel** in *Calvin Townsend vs.*
*SmithKline Beecham Corporation, d/b/a as*
*Glaxosmithkline and Glaxosmithkline PLC*,
No. 3:03-0444 (M.D. Tenn.)

Donald J. Farber
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182
**Plaintiffs Counsel** in *Calvin Townsend vs.*
*SmithKline Beecham Corporation, d/b/a as*
*Glaxosmithkline and Glaxosmithkline PLC*,
No. 3:03-0444 (M.D. Tenn.)

Christopher L. Coffin
Patrick W. Pendley
PENDLEY LAW FIRM
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Ph: (225) 687-6396
Fax: (225) 687-6398
**Plaintiffs Counsel** in *Calvin Townsend vs.*
*SmithKline Beecham Corporation, d/b/a as*
*Glaxosmithkline and Glaxosmithkline PLC*,
No. 3:03-0444 (M.D. Tenn.)

**TEXAS**

Marc R. Stanley
Martin D. H. Woodward
STANLEY MANDEL & IOLA
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Ph: (214) 443-4300
Fax: (214) 443-0358
**Plaintiffs Counsel** in *Clayton Greenberg*
*and Sandra Jackson, individually and on*
*behalf of all others similarly situated vs.*
*GlaxoSmtihKline Corporation*,
No. 3:02-CV-2147-R (N.D. Tex.)

6

Kevin J. Yourman
Zev B. Zysman
WEISS & YOURMAN
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Ph: (310) 202-2800
Fax: (310 209-2348
**Plaintiffs Counsel** in *Clayton Greenberg
and Sandra Jackson, individually and on
behalf of all others similarly situated vs.
GlaxoSmtihKline Corporation*,
No. 3:02-CV-2147-R (N.D. Tex.)

Karen A. Barth
Mary F. Schiavo
BAUM HEDLUND ARISTEI
  GUILDFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Ph: (310) 207-3233
Fax: (310) 820-7444
**Plaintiffs Counsel** in *Clayton Greenberg
and Sandra Jackson, individually and on
behalf of all others similarly situated vs.
GlaxoSmtihKline Corporation*,
No. 3:02-CV-2147-R (N.D. Tex.)

Donald J. Farber
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182
**Plaintiffs Counsel** in *Clayton Greenberg
and Sandra Jackson, individually and on
behalf of all others similarly situated vs.
GlaxoSmtihKline Corporation*,
No. 3:02-CV-2147-R (N.D. Tex.)

**WISCONSIN**

Thadd J. Llaurado
James J. Murphy
Keith R. Stachowiak
MURPHY GILLICK WICHT &
  PRACTHAUSER
330 E Kilbourn Avenue, Suite 1200
Milwaukee, WI 53202-3172
Ph: (414) 271-1011
**Plaintiffs Counsel** in *Christen Holcombe
and Linda Gollin vs. SmithKline Beecham
Corporation, d/b/a GlaxoSmithKline, and
Does 1 through 100, inclusive*, No. 02-C-
1158 (E.D. Wis.)

Kevin J. Yourman
Zev B. Zysman
WEISS & YOURMAN
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Ph: (310) 202-2800
Fax: (310 209-2348
**Plaintiffs Counsel** in *Christen Holcombe
and Linda Gollin vs. SmithKline Beecham
Corporation, d/b/a GlaxoSmithKline, and
Does 1 through 100, inclusive*, No. 02-C-
1158 (E.D. Wis.)

7

Karen A. Barth
Mary F. Schiavo
BAUM HEDLUND ARISTEI
 GUILDFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Ph: (310) 207-3233
Fax: (310) 820-7444
**Plaintiffs Counsel** in *Christen Holcombe
and Linda Gollin vs. SmithKline Beecham
Corporation, d/b/a GlaxoSmithKline, and
Does 1 through 100, inclusive*, No. 02-C-
1158 (E.D. Wis.)

Donald J. Farber
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive, Suite D-122
San Rafael, California 94903
Ph: (415) 472-7181
Fax: (415) 472-7182
**Plaintiffs Counsel** in *Christen Holcombe
and Linda Gollin vs. SmithKline Beecham
Corporation, d/b/a GlaxoSmithKline, and
Does 1 through 100, inclusive*, No. 02-C-
1158 (E.D. Wis.)

Christopher L. Coffin
Patrick W. Pendley
PENDLEY LAW FIRM
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Ph:  (225) 687-6396
Fax: (225) 687-6398 **Plaintiffs Counsel** in
*Christen Holcombe and Linda Gollin vs.
SmithKline Beecham Corporation, d/b/a
GlaxoSmithKline, and Does 1 through 100,
inclusive*, No. 02-C-1158 (E.D. Wis.)

8

Andrew T. Bayman, Esq.
Chilton D. Varner, Esq.
KING & SPAULDING
191 Peachtree Street
Atlanta, GA 30303
Ph: (404) 572-4600
Fax: (404) 572-5100
**National Counsel for Defendants
SMITHKLINE BEECHAM
CORPORATION dba GlaxoSmithKline
and GLAXOSMITHKLINE PLC**

**CALIFORNIA**
David J. Fleming
DRINKER BIDDLE & REATH LLP
Wells Fargo Building
North Tower, Suite 1700
333 South Grand Avenue
Los Angeles, CA 90071-1504
Ph: (213) 253-2300
Fax: (213)253-2301
**Defense Counsel** in in *In re Paxil
Litigation*, No. CV-01-07937 MRP (Cwx)
(C.D. Cal)

Charles F. Preuss
Vernon I. Zvoleff
Thomas W. Pulliam, Jr.
DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4207
Ph: (415) 397-1730
Fax: (415) 397-1735
**Defense Counsel** in in *In re Paxil
Litigation*, No. CV-01-07937 MRP (Cwx)
(C.D. Cal)

Robert E. Glanville
PHILLIPS LYTLE HITCHCOCK
  BLAINE AND HUBER
3400 HSBC Center
Buffalo, NY 14203-2887
Ph: (716) 847-8400
**Defense Counsel** in *James Roscoe v.
GlaxoSmithKline*, No. 02-CV-2138-W
(JMA) (S.D. Cal.)

**LOUISIANA**

James B. Irwin
David O'Quinn
Stephanie Lottinger Irwin
IRWIN FRITCHIE URQUHART &
  MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130 22071
Ph.: 504-310-2100
Fax: 504-310-2101
**Defense Counsel** in *Victoria James v.
SmithKline Beecham Corp., d/b/a
GlaxoSmithKline and GlaxoSmithKline,
PLC*, No. 03-499 C-M3 (M.D. La.)

**Defense Counsel** in *Ted Bowman and Faun
Reese vs. SmithKline Beecham Corporation,
d/b/a GlaxoSmithKline and Does 1 through
100, Inclusive*, No. 02-cv-909 (M.D. La.)

**MARYLAND**

Mark Steven Brown
KING AND SPALDING
1730 Pennsylvania Avenue NW
Washington, DC 20006
Ph: (202) 737-0500
Fax: (202) 626-3737
**Defense Counsel** in *Frank Mitchell and Brenda Fischer, On Behalf of Themselves and All Others Similarly Situated vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, and Does 1 through 100, Inclusive*, No. 1:02-cv-04156-MJG (D. Md.)

**MASSACHUSETTS**

Deborah E. Barnard
Ralph T. Lepore, III
Elizabeth M. Mitchell
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Ph: (617) 523-2700
Fax: (617) 523-6850
**Defense Counsel** in *Preston Leonard and Janelle Cheverie vs. GlaxoSmithKline*, No. 03-10245-MLW (D. Mass.)

**MISSISSIPPI**

Christopher A. Shapley
BRUNINI, GRANTHAM,
  GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Ph: (601) 948-3101
**Defense Counsel** in *Bobbye Luckett-*

*Thunderbird vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*, No. 4:02cv281-P-B (N.D. Miss.)

Christopher A. Shapley
Joseph Anthony Sclafani
BRUNINI, GRANTHAM,
  GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205-0119
Ph: (601) 948-3101
**Defense Counsel** in *Hattie D. Scott vs. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Glaxo Wellcome, Inc., Glaxo Wellcome, PLC, GlaxoSmithKline, PLC, and Does 1 through 100, Inclusive*, No. 03-CV-233 (N.D. Miss.)

**OHIO**

Robert C. Tucker
Heather C. Logan
TUCKER ELLIS & WEST
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115
Ph: (216) 592-5000
Fax : (216) 592-5009
**Defense Counsel** in *Joseph James McGarth, Ronald Kelly Patterson, Jr., David King vs. GlaxoSmithKline Inc., a North Carolina Corporation, and Does 1 through 100; John Doe Insurance Co., Insurer for Insure GSK*, No. 1:02-cv-00765 (S.D. Ohio)

10

TENNESSEE

Dianna Baker Shew
STITES & HARBISON, PLLC
424 Church Street, Suite 1800
Nashville, TN 37219
Ph: (615) 244-5200
**Defense Counsel** in *Calvin Townsend vs.
SmithKline Beecham Corporation, d/b/a as
Glaxosmithkline and Glaxosmithkline PLC*,
No. 3:03-0444 (M.D. Tenn.)

TEXAS

Sheree L. McCall
GWINN & ROBY
Renaissance Tower
1201 Elm Street, Suite 4100
Dallas, TX 75270
Ph: (214) 698-4100
Fax: (214) 747-2904
**Defense Counsel** in *Clayton Greenberg and
Sandra Jackson, individually and on behalf
of all others similarly situated vs.
GlaxoSmtihKline Corporation*,
No. 3:02-CV-2147-R (N.D. Tex.)

**WISCONSIN**

Brian P. Akers
Jon P. Christiansen
FOLEY & LARDNER
777 E Wisconsin Avenue, Suite 3800
Milwaukee, WI 53202-5306
Ph: (414) 271-2400
**Defense Counsel** in *Christen Holcombe and
Linda Gollin vs. SmithKline Beecham
Corporation, d/b/a GlaxoSmithKline, and
Does 1 through 100, inclusive*,
No. 02-C-1158 (E.D. Wis.)

John T. Bode
William E. Duffin
GODFREY & KAHN
N21 W23350 Ridgeview Parkway
Waukesha, WI 53188
Ph: (262) 951-7000
**Defense Counsel** in *Christen Holcombe and
Linda Gollin vs. SmithKline Beecham
Corporation, d/b/a GlaxoSmithKline, and
Does 1 through 100, inclusive*,
No. 02-C-1158 (E.D. Wis.)

11