# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL1574

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  October 6, 2003**
**Panel Fax No.: (202) 502-2888**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL DOCKET No. **1574**-- In re **Paxil Products Liability Litigation**

OCT - 6 2003

## NOTICE OF APPEARANCE

FILED
CLERK'S OFFICE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Plaintiffs: Marilyn S. Atwood, Mary Frances Halpin, Lesli Hamilton,
Dan Kabic, Katherine Keith, Jonna Nielsen

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

In re: Paxil Litigation
U.S. Dist. Ct. Central District of California
Case No. CV 01-07937 MRP (CWx)

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2003 OCT -6 A 9: 46

RECEIVED
CLERK'S OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

October 3, 2003
_____
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Karen A. Barth, Esq.
Baum, Hedlund, Aristei, Guilford & Schiavo
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

Telephone No.: (310) 207-3233

Fax No.: (310) 207-4204

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

## OFFICIAL FILE COPY IMAGED OCT 6 '03

JPML Form 18

PLEADING NO. 4

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)** __October 6, 2003__
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1574**-- In re **Paxil Products Liability Litigation**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 6 2003

FILED
CLERK'S OFFICE

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

PLEASE SEE THE ATTACHED LISTS.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

PLEASE SEE THE ATTACHED LISTS.

RECEIVED
CLERK'S OFFICE
2003 OCT - 3 A 10:40
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

*******************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

__9/30/03__
Date

__Christopher L. Coffin__
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Christopher L. Coffin
Pendley Law Firm
P.O. Drawer 71
24110 Eden Street/70764
Plaquemine, LA 70765

Telephone No.: __225-687-6396__     Fax No.: __225-687-6398__

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TED BOWMAN and FAUN REESE         *      CIVIL ACTION 02CV909
                                     *

VERSUS                               *      JUDGE POLOZOLA
                                     *

SMITHKLINE BEECHAM CORPORATION      *
D/B/A GLAXOSMITHKLINE AND
DOES 1through 100, INCLUSIVE          *      MAG. JUDGE RIEDLINGER
*   *   *   *   *   *   *   *    *    *   *   *   *   *    *    *

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

**VICTORIA JAMES, et al.**

**vs.**                                    **Civil Action No. 03-499-B-1**

**SMITHKLINE BEECHAM CORP.,**
**D/B/A GLAXOSMITHKLINE and**
**GLAXOSMITHKLINE, PLC**


1.)     Shirley Armstrong
        Metairie, LA
        Jefferson Parish

2.)     Kemmy Carlos
        Metairie, LA
        Jefferson Parish

3.)     Erika Dickson
        Baton Rouge, LA
        East Baton Rouge

4.)     Michael Dowdy
        Angie, LA
        Washington Parish

5.)     Cedric Esters
        Harvey, LA
        Jefferson Parish

6.)     Stacy Fowler
        Winnsboro, LA
        Franklin Parish

7.)     Tisha Garver
        West Monroe, LA
        Ouachita Parish

8.)     Kenneth Gremillion
        Cottonport, LA 71327

Avoyelles Parish

9.)    Mary Guidry
       Opelousas, LA
       St. Landry Parish

10.)   Roy Guillot
       Independence, LA
       Tangipahoa Parish

11.)   Susan Guy
       Lake Charles, LA
       Calcasieu Parish

12.)   Harold Harford
       Harvey, LA
       Jefferson Parish

13.)   Terry Harrold
       Slidell, LA
       St. Tammany

14.)   Lisa Hodge
       Denham Springs, LA
       Livingston Parish

15.)   Donna Keeling
       New Orleans, LA
       Orleans Parish

16.)   Steven Kling
       Baton Rouge, LA
       East Baton Rouge Parish

17.)   Charmaine LeCompte
       Houma, LA
       Terrebonne Parish

18.)   Donna McCall
       Pollock, LA
       Grant Parish

19.)   Donna Smithson
       Lake Charles, LA
       Calcasieu Parish

20.)   Jerry Stein
       LaPlace, LA
       St. John the Baptist Parish

21.)   Brenda Alleman
       White Castle, LA
       Iberville Parish

22.)   Adam Andes
       Clinton, LA
       East Feliciana Parish

23.)   Virginia Batiste
       Plaquemine, LA
       Iberville Parish

24.)   Lucretia Battiste
       Plaquemine, LA
       Iberville Parish

25.)   Carol Bell
       Baton Rouge, LA
       East Baton Rouge Parish

26.)   Stacey M. Bonnette
       Plaquemine, LA
       Iberville Parish

27.)   Sheila Bonnette
       Plaquemine, LA
       Iberville Parish

28.)   Ted Bowman
       Port Allen, LA
       West Baton Rouge Parish

29.)   Kenneth A. Brown
       Pride, LA
       East Baton Rouge Parish

30.)   Melissa Budd
       Plaquemine, LA
       Iberville Parish

31.)   Tina E. Clark
       Zachary, LA
       East Baton Rouge Parish

32.)   Cynthia Cooper
       Port Allen, LA
       West Baton Rouge Parish

33.)   Janice Daigle
       Plaquemine, LA
       Iberville Parish

34.)   Joann Marie Dalton
       Morganza, LA
       Pointe Coupee Parish

35.)   Darla Gayle Dameron
       Denham Springs, LA
       Livingston Parish

36.)   Robert L. Davis
       Baton Rouge, LA
       East Baton Rouge Parish

37.)   Vanessa Edwards
       Plaquemine, LA
       Iberville Parish

38.)   Aundrea Edwards
       Lafayette, LA
       Lafayette Parish

39.)   Gale M. Falgoust
       New Orleans, LA
       Orleans Parish

40.)   Carolyn A. Favroth
       Grosse Tete, LA
       Iberville Parish

41.)   Joe Frederick
       Baton Rouge, LA
       East Baton Rouge Parish

42.)   Rhonda Anne Fusilier
       Denham Springs, LA
       Livingston Parish

43.)   Courtney Gunnels
       Baton Rouge, LA
       East Baton Rouge Parish

44.)   Andrew Hebert
       Baton Rouge, LA
       East Baton Rouge Parish

45.)   Nicholas Humphries
       Lafayette, LA
       Lafayette Parish

46.)   Joy Johnson Jackson
       New Orleans, LA
       Orleans Parish

47.)   Victoria James
       Plaquemine, LA
       Iberville Parish

48.)   Stephanie Roxanne Jewell
       New Roads, LA
       Pointe Coupee Parish

49.)   Ronald Kador
       New Roads, LA
       Pointe Coupee Parish

50.)   Gloria K. Keller
       Reserve, LA
       St. John the Baptist Parish

51.)   Judy Leach
       Denham Springs, LA
       Livingston Parish

52.)   Deborah H. Leger
       Church Point, LA
       Acadia Parish

53.) Deborah B. LeJeune
Baton Rouge, LA
East Baton Rouge Parish

54.) Jarvis Matthews
Clinton, LA
East Feliciana Parish

55.) Brian D. McGraw
Plaquemine, LA
Iberville Parish

56.) J.D. McLawchlin, Jr.
Doyline, LA
Webster Parish

57.) Darrel McNell, Sr.
Baton Rouge, LA
East Baton Rouge Parish

58.) Sherry M. Meche
Fordoche, LA
Pointe Coupee Parish

59.) Brooke Parker
Port Allen, LA
West Baton Rouge Parish

60.) Joyce Lockett Perkins
Zachary, LA
East Baton Rouge Parish

61.) Jeff M. Poucher
Chalmette, LA
St. Bernard Parish

62.) Crystal M. Propes
Port Allen, LA
West Baton Rouge Parish

63.) Faun S. Reese
Baton Rouge, LA
East Baton Rouge Parish

64.)  Beatrice Riley
      Denham Springs, LA
      Livingston Parish

65.)  Ginger, Risinger
      Farmerville, LA
      Union Parish

66.)  John Kevin Salvadras
      Plaquemine, LA
      Iberville Parish

67.)  Samatha Sanchez
      Baker, LA
      East Baton Rouge Parish

68.)  Lydia Davis Schaibly
      Mandeville, LA
      St. Tammany Parish

69.)  Stacey Schwab
      Denham Springs, LA
      Livingston Parish

70.)  Margaret J. Simms
      Port Allen, LA
      West Baton Rouge Parish

71.)  Falfon K. Smith
      Port Allen, LA
      West Baton Rouge Parish

72.)  Amy Brumfield Edwards Stepp
      Holden, LA
      Livingston Parish

73.)  Ethel J. Stewart
      New Roads, LA
      Pointe Coupee Parish

74.)  Michelle R. Swanson, III
      Brusly, LA
      West Baton Rouge Parish

75.)  Denise Devion Talbot
      Plaquemine, LA
      Iberville Parish

76.)  Marilyn Thomas
      White Castle, LA
      Iberville Parish

77.)  Laura Anne Trunball
      Walker, LA
      Livingston Parish

78.)  Mike R. Waldrop
      Addis, LA
      West Baton Rouge Parish

79.)  Ronald Walker
      Baton Rouge, LA
      East Baton Rouge Parish

80.)  Mary Louise Washington
      White Castle, LA
      Iberville Parish

81.)  Brandy Williams
      Plaquemine, LA
      Iberville Parish

82.)  Martha Williams
      Plaquemine, LA
      Iberville Parish

83.)  John "Danny" Williams, III
      Plaquemine, LA
      Iberville Parish

84.)  Tonya Woolfolk
      Plaquemine, LA
      Iberville Parish

**85.)  Lawrence Antoine
        Lake Charles, LA
        Calcasieu Parish**

86.)    **Mary Bordelon**
        **Marksville, LA**
        **Avoyelles Parish**

87.)    **Pauline Clifford**
        **Baton Rouge, LA**
        **East Baton Rouge Parish**

88.)    **Heather Corrigan**
        **Baton Rouge, LA**
        **East Baton Rouge Parish**

89.)    **Lisa Hodge**
        **Denham Springs, LA**
        **Livingston Parish**

90.)    **Faylnn Jolissiant**
        **Denham Springs, LA**
        **Livingston Parish**

91.)    **Leann Morris**
        **Jefferson, LA**
        **Jefferson Parish**

92.)    **Theresa Nixon**
        **Plaquemine, LA**
        **Iberville Parish**

93.)    **Sharron Scioneoux**
        **Belle Rose, LA**
        **Assumption Parish**

94.)    **Shirley Tassin**
        **Marksville, LA**
        **Avoyelles Parish**

95.)    **Michael Tennie**
        **Alexandria, LA**
        **Rapides Parish**

96.)    **Aprile Waggenspack**
        **Gonzales, LA**
        **Ascension**

97.)    **Michael Petsch,**
        **on hehalf of his minor daughter**
        **Erica Petsch**
        **Denham Springs, LA**
        **Livingston Parish**

98.)    **Johanna Chiasson**
        **Baton Rouge, LA**
        **East Baton Rouge Parish**

99.)    **Elizabeth Blevins**
        **Walker, LA**
        **Livingston Parish**

100.)   **Lenora Wilson**
        **Shreveport, LA**
        **Caddo Parish**

101.)   **Charles Harper**
        **Denham Springs, LA**
        **Livingston Parish**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**HATTIE D. SCOTT, et al,**

**vs.**                                                    **Case No. 4:03CV233-P-B**

**SMITHKLINE BEECHAM CORPORATION
D/B/A GLAXOSMITHKLINE, GLAXO
WELLCOME, INC., GLAXO WELLCOME,
PLC, GLAXOSMITHKLINE, PLC, and
DOES 1 through 100, Inclusive,**

**<u>PLAINTIFFS LISTED ON FOLLOWING SHEET</u>**

**PLAINTIFFS**

1)   Ms. Hattie D. Scott
     103 Windsor Court
     Belzoni, MS  39038

2)   Mr. Earnest Stowers, Jr.
     P. O. Box 31
     Isola, MS  38754

3)   Ms. Jessie Mae Allen
     209 Jones Road
     Lexington, MS  39095

4)   Mr. Jason Scott Ashley
     300 Byram Dr., Apt. 36-G
     Byram, MS  39272

5)   Ms. Veronica D. Byrd
     172 Eddie Smith Road
     Hattiesburg, MS  39401

6)   Ms. Erica Carr
     P. O. Box 462
     Goodman, MS  39079

7)   Ms. Brenda Dotson
     117 Old Gravel Road
     Lexington, MS  39095

8)   Ms. Erin Goodell
     121 Manor Road
     Wexford, PA  15090

9)   Ms. Lisa C. Hein
     1322 Roxbury Court
     Jackson, MS  39211

10)  Ms. Alana D. Kennedy
     1552 California Rd., N.W.
     Brookhaven, MS 39601

11)  Ms. Joyce Marie Landfair

3958 Newport Road
Pickens, MS  39146

12)  Ms. Diane Russell
     137 Old Gravel Road
     Lexington, MS  39095

13)  Ms. Emma Lee Russell
     P. O. Box 223
     Lexington, MS  39095

14)  Ms. Mary Russell
     1162 Beulah Grove Road
     Lexington, MS 39095

15)  Ms. Johnnie L. Simmons
     P. O. Box 556
     Durant, MS  39063

16)  Ms. Anne Singletary
     205 Gilwood Drive
     Durant, MS  39063

17)  Ms. Kathryn Speer
     21 Bluff Road
     Thorndale, PA  19372

18)  Mr. James E. Taylor
     683 Walter Jones Road
     Mendenhall, MS  39114

19)  Ms. Vera Lue Williams
     P. O. Box 714
     Lexington, MS  39095

20)  Ms. Bunny Winters
     1162 Beluah Grove Road
     Lexington, MS  39095

21)  Ms. Peggy Wright
     21461 Hwy. 17 North
     Lexington, MS  39095

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**FRANK MITCHELL and**        **CIVIL ACTION NO. MJG-02-CV-4156**
**BRENDA FISCHER**

**VERSUS**

**SMITHKLINE BEECHAM CORP., ET AL.**

*The list below are additional Plaintiffs listed in the Supplemental and Amending Complaint. Also, we are in the process of filing individual suits on behalf of all the plaintiffs with the exception of Frank Mitchell, pursuant to an order by Judge Garbis:*

| | |
|---|---|
| **Sherry LeMasters**<br>**Joplin, MD** | **Donna Varady**<br>**Bel Air, MD** |
| **Suzette Meighan**<br>**Beltsville, MD** | **Jerry Eisenhardt**<br>**Glen Burnie, MD** |
| **Mary Schmalgeyer**<br>**Hollywood, MD** | **Joan Lake**<br>**Baltimore, MD** |
| **Tammy Lang**<br>**Columbia, MD** | **Louise Coleman-Brown**<br>**Annapolis, MD** |
| **Christina Pesce**<br>**Laurel, MD** | **Michelle Nemphos**<br>**Baltimore, MD** |
| **Christopher Deanes**<br>**Silver Spring, MD** | **Craig Schleunes**<br>**Cockeysville, MD** |
| **Joan Eisenhardt**<br>**Glen Burnie, MD** | **Lynn Hagans**<br>**Oxon Hill, MD** |
| **Martha Hoffman**<br>**Baltimore, MD** | **Christopher Robinson**<br>**Bethesda, MD** |
| **John Clark**<br>**Phoenix, MD** | **Sirish Agarwal**<br>**Chevy Chase, MD** |
| **Scott Gordon**<br>**Rockville, MD** | **Michele Broccolo**<br>**Baltimore, MD** |

**Elise Bryant-Coles**
**Silver Spring, MD**

**Mary O'Brien**
**Potomac, MD**

**Tanja George**
**Joppatowne, MD**

**Pamela Senz**
**Smithsburg, MD**

**Robert Pierson**
**Montgomery, MD**

**Kevin Goines**
**Frederick, MD**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

**CHRISTEN HOLCOMBE AND LINDA GOLLIN,
ON BEHALF OF THEMSELVES AND**        **CIVIL ACTION NO. 02-C-1158**
**ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED**

**vs.**

**SMITHKLINE BEECHAM CORPORATION
D/B/A GLAXOSMITHKLINE,**

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

### CIVIL ACTION NO. 03-563-GPM

Carol Martin, Alyson Allen, Tracey Anticouni, Joyce Bownes, Tammy Buzick, Michele Caminiti, Jamie Carson, Jennifer Dawson, Deborah Dixon, Sharon Dougan, Christina Draper, Felicia Farmer, Marvin Farmer, Louise Govan, Darla Gray, Deanna Hacker, Tamika Horton, Marquata Hudson, Derayvia Jones, Margie Kilgore, Sherry Leach, Lawrence Logsdon, Tanya Popovich, Marilyn Ridings, Melvin Robinson, Tyler Schmeder, Rhonda Schmeder, Sherry Smith, Sheri Taylor,  Tasha Tyler, Pamela Van Bevern, Robert Wagner, Wlima Wenzel, Tina Wright, Jason Piper, Myrna Wing, Patricia Summers, Jackie Sondell, Michael Sparbeck, Hector Rivera, Joseph Pena, Jessica Pilgrim, Terri Sula, Karalynn Harvey, Carole O'Brien, Lorna Carpenter, Paula McKnight, Theresa Tolander, Stuar Tolander, Joseph Richiusa, Richard Archambault, Catherine Wicker, Sylvia Shelby, Deidre Farley, Chris Martin, Joy Davenport, Benjamin Martinez, James Neely, Jeffrey Evans, David Beatrici, John LaMantia, Tedi Ridle, Andrew Hayes, Meris Noonan, Mary Paracka, Myrna Gregg, Kelly Nimtz-Rusch, Jackie Cavins, Kelly Studer, Peggy Johnston, Stephanie Skawski, Tanveer Khan, Connie Melaga, Juanita Robbins, Dennis Cingrani, Mark LaFollette, John Winship, Janice Spitz, Edward Castillon, Laura Prybell, Colleen Ciezczak, Catherine Rubey, Heather Tornow, Mary Anne Recchia, Sarah Burns, Edward Aylward, Katherine Hogan, Jeffrey Jamison,

       Plaintiffs,

vs.

SMITHKLINE BEECHAM CORPORATION
D/B/A GLAXOSMITHKLINE, PLC,

       DEFENDANTS.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

**CALVIN TOWNSEND, ET AL.,**

      *PLAINTIFFS*,

**vs.**

**SMITHKLINE BEECHAM CORPORATION
D/B/A GLAXOSMITHKLINE AND
GLAXOSMITHKLINE, PLC,**

      *DEFENDANTS*.

**NO.   3 03 0444**

**JUDGE CAMPBELL
JUDGE KNOWLES**

# TN PLAINTIFFS

1. Calvin Townsend
   Nashville, TN

2. Rob Robinson
   Signal Mtn, TN

3. Jonathan Westmoreland
   Lebanon, TN

4. Tonya Brown
   Decatur, TN

5. Alisa Jean Miller
   Greenville, TN

6. Victor Price
   Greenville, TN

7. Jack Alexander, Jr.
   Westmoreland, TN

8. Kelly F. Anderson
   Hixson, TN

9. Malcom W. Bellar
   Old Hickory, TN

10. Edward Greg Benzon
    Franklin, TN

11. Anthony L. Brown
    Chattanooga, TN

12. Felecia Carroll
    Parsons, TN

14. Iouri Chapochnikov
    Knoxville, TN

15. Larry Joe Chilcutt
    Dyersburg, TN

16.   Jason Palmer Chrisman
      Murfreeboro, TN

17.   Brian K. Crittenden
      Cleveland, TN

18.   Clayton T. Crowell
      McEwen, TN

19.   Mylinda Craft Curle
      Memphis, TN

20.   Sherry K. Curle
      Murfreesboro, TN

21.   Tawania Lee Driver
      Hartsville, TN

22.   Donna Ford
      Corryton, TN

23.   Steven Todd Freeman
      Hendersonville, TN

24.   Darlene Gail Furches
      Mountain City, TN

25.   Patricia Ann Hackett
      Brentwood, TN

26.   Stephne Hanscom
      Murfreesboro, TN

27.   John Christopher Lewis
      Lebanon, TN

28.   Kristen M. McKellips
      Knoxville, TN

29.   Diane M. O'Dell
      Brentwood, TN

30.   Lee A. Phenix
      Memphis, TN

31.     Dabney Price Klein
        Franklin, TN

32.     Joann Saltsman
        Hartsville, TN

33.     Vivian Silcox
        Carthage, TN

34.     Leanne R. Smith
        Cordova, TN

35.     Venita Axley-Teague
        Lebanon, TN

36.     Pamela S. Turner
        Oliver Springs, TN

37.     Melissa A. Wolfe
        Blaine, TN

38.     Carl J. Yurewitch
        Lawrenceburg, TN

39.     Chris Hooker
        Cleveland, TN

### *PLAINTIFFS ON AMENDED COMPLAINT*

40.     Autuan L. Foxx
        Nashville, TN

41.     Pamela Foxx
        Nashville, TN

42.     Teena S. Miller
        Knoxville, TN

43.     Barbara Driscoll
        Cordova, TN

44.     Connie Boone
        Winchester, TN

45.     Diane G. Hill
        Antioch, TN

46.     Cynthia Walters
        Chattanooga, TN

47.     William T. Osborne
        Severville, TN

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   October 6, 2003**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1574**-- In re **Paxil Products Liability Litigation**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## NOTICE OF APPEARANCE

OCT - 6 2003

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

FILED
CLERK'S OFFICE

```
Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline
Defendant GlaxoSmithKline PLC
```

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

```
[See attached list]
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_October 3, 2003_
Date

_Chilton D. Varner_
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

```
Chilton Davis Varner
King & Spalding, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303-1763
```

Telephone No.: ___404-572-4600___

Fax No.: ___404-572-5143___

## ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

## NOTICE OF APPEARANCE

## SHORT CASE CAPTIONS

1.   Bowman v. SmithKline Beecham Corp., No. 02-909-B-1 (M.D. La.)

2.   Greenberg v. GlaxoSmithKline Corp., No. 3:02-CV-2147-R (N.D. Tex.)

3.   Holcombe v. SmithKline Beecham Corp., No. 02-C-1158 (E.D. Wis.)

4.   In re Paxil Litigation, No. CV 01-07937 (C.D. Cal.)

5.   James v. SmithKline Beecham Corp., No. 03-499-B-M1 (M.D. La.)

6.   Leonard v. GlaxoSmithKline, No. 03-10245-MLW (D. Mass.)

7.   Martin v. SmithKline Beecham Corp., No. 03:03cv563 (S.D. Ill.)

8.   McGrath v. GlaxoSmithKline, No. 1:02-00765 (N.D. Ohio)

9.   Mitchell v. SmithKline Beecham Corp., No. MJG-02-CV-4156 (D. Md.)

10.   Roscoe v. SmithKline Beecham Corp., No. 02-2138-W(JMA) (S.D. Cal.)

11.   Scott v. SmithKline Beecham Corp., No. 03-CV-233 (N.D. Miss.)

12.   Townsend v. SmithKline Beecham Corp., No. 3-03-044 (M.D. Tenn.)

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:**  Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   October 6, 2003**
Panel Fax No.: (202) 502-2888   JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL DOCKET No. 1574-- In re **Paxil Products Liability Litigation**

OCT - 6 2003

## NOTICE OF APPEARANCE

FILED
CLERK'S OFFICE

### PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):

1. ~~Plaintiffs: Marilyn S. Atwood, Mary Halpin, Jonna Nielsen, Lesli Raye Hamilton, Dan Kabic, Katherine Keith~~
2. Plaintiffs: Preston Leonard and Janelle Cheverie
3. Plaintiffs: Clayton Greenberg and Sandra Jackson

### SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):

1. In re Paxil Litigation, Central District of California, Case No.: CV-01-07937 MRP (Cwx)
2. Leonard and Cheverie vs. GlaxoSmithKline, District of Massachusetts, Case No. 03-10245-MLW
3. Greenberg and Jackson vs. GlaxoSmtihKline Corporation, Northern District of Texas (Dallas Division), Case No.: 3:02-CV-2147-R

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

October 3, 2003
_____
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Kevin J. Yourman
WEISS & YOURMAN
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024

Telephone No.:  (310) 208-2800 _____

Fax No.: (310) 209-2348 _____

### ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18