JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 1574**

AUG - 4 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1574

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PAXIL PRODUCTS LIABILITY LITIGATION

*Patricia Smith, etc. v. GlaxoSmithKline Corp.,* C.D. California, C.A. No. 2:06-1107
  (E.D. Louisiana, C.A. No. 2:05-2728)
*Linda Van Dyke, etc. v. GlaxoSmithKline,* C.D. California, C.A. No. 2:06-1110
  (D. Wyoming, C.A. No. 2:05-153)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the above-captioned actions have been completed and that remand to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the above-captioned actions be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Central District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Central District of California with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED AUG 2 2 2006